# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Meltech Corp., Inc. | ) | ASBCA No. 61892 |
| | ) | |
| Under Contract No. N40080-12-D-1012 | ) | |

APPEARANCE FOR THE APPELLANT:  Leonard A. Sacks, Esq.
    Leonard A. Sacks & Associates, P.C.
    Rockville, MD

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    Matthew S. Hawkins, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 28, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61892, Appeal of Meltech Corp., Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals